UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALBERT PICKETT, JR., *et al.*, | ) | Case No.: 1:19 CV 2911 |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | CASE MANAGEMENT |
| Defendant | ) | CONFERENCE ORDER |

The court held a telephonic case management conference with counsel for the parties in the within case on November 16, 2020, at 3:00 p.m.

All parties do not consent to Magistrate Judge jurisdiction.

This case is assigned to the complex track.

The parties will exchange pre-discovery disclosures by November 30, 2020.

The parties have until December 18, 2020, to join additional parties and/or amend the pleadings. The cut-off date for discovery (class certification and merits) is September 30, 2021. The cut-off date for non-expert depositions is June 14, 2021. Expert reports, if any, are due by July 14, 2021. Rebuttal expert reports, if any, are due by August 16, 2021. The cut-off date for expert depositions is September 13, 2021. The cut-off date for class certification motions and dispositive motions is December 1, 2021. Responses are due by January 21, 2022. Replies, if any, are due by February 21, 2022.

As the parties agreed, each may conduct up to ten (10) depositions, exclusive of expert witnesses, and propound up to thirty-five (35) interrogatories, thirty-five (35) requests for admissions, and thirty-five (35) requests for production of documents without first seeking the other party's consent or leave from the court.

After discussion with the parties, the court determined that Alternative Dispute Resolution ("ADR") may be useful at a later time. The court will hold a status conference with counsel for the parties on March 18, 2021, at 11:00, to discuss the status of discovery and any updates from the parties regarding whether ADR would be useful.

This case will automatically be entered into the court's electronic filing system, and all further documents, notices, and orders in this matter must be filed electronically rather than on paper. If you have any questions or need assistance, please call the court's Electronic Filing Help Desk at 1-800-355-8498.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

November 18, 2020