IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALBERT PICKETT, JR., et al., | ) | CASE NO. 1:19-CV-02911 |
| | ) | |
| Plaintiffs, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Per the Court's October 2, 2025, Order, the parties jointly write to inform the Court that mediation has been scheduled for January 28-29, 2026. The parties intend to proceed pursuant to Magistrate Judge Clay's settlement conference order, issued on November 6, 2025, ECF No. 116. The parties will advise the Court if mediation is unsuccessful and will include an agreed proposed briefing schedule for expert briefing.

Respectfully submitted,

| | |
|---|---|
| */s/ Alexandra S. Thompson* | */s/ Christine M. Snyder* |
| Alexandra S. Thompson | Karl A. Bekeny (0075332) |
| Tiffani Burgess | Michael J. Ruttinger (0083850) |
| Arielle Humphries | Christine M. Snyder (0086788) |
| NAACP LEGAL DEFENSE AND | Lindsey E. Sacher (0087883) |
| EDUCATIONAL FUND, INC. | TUCKER ELLIS LLP |
| 40 Rector Street, 5th Floor | 950 Main Avenue, Suite 1100 |
| New York, NY 10006 | Cleveland, OH  44113-7213 |
| Telephone:    212.965.2200 | Telephone: 216.592.5000 |
| Email:        athompson@naacpldf.org | Facsimile:  216.592.5009 |
|               tburgess@naacpldf.org | Email:    karl.bekeny@tuckerellis.com |
|               ahumphries@naacpldf.org | michael.ruttinger@tuckerellis.com |
| | christine.snyder@tuckerellis.com |
| | lindsey.sacher@tuckerellis.com |

Jennifer A. Holmes
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone:     202.682.1300
Email:             jholmes@naacpldf.org

Avery S. Friedman (0006103)
AVERY FRIEDMAN & ASSOCIATES
910 The IMG Building
1360 East Ninth Street
Cleveland, Ohio 44114-3358
Telephone:     216.621.9282
Email:             avery@lawfriedman.com
                       fairhousing@gmail.com

Neil K. Roman
Emily Mondry
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone:     202.662.6000
Email:             nroman@cov.com
                       emondry@cov.com

*Attorneys for Plaintiffs & Class Counsel*

Sanford E. Watson (0040862)
McDonald Hopkins LLC
600 Superior Ave., East, Suite 2100
Cleveland, OH 44114
Telephone: 216.348.5400
Facsimile: 216.348.5474
Email:         sanford.watson@mcdonaldhopkins.com

Mark Griffin
Director of Law
City of Cleveland, Ohio
Department of Law
601 Lakeside Avenue, Room 106
Cleveland, OH  44114-1077
Telephone: 216.664.2800
Facsimile: 216.420.8560
Email:         mgriffin@city.cleveland.oh.us

*Attorneys for Defendant City of Cleveland*

2

3

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on November 10, 2025. Service of this filing is made pursuant to Fed. R. Civ. P. 5(b)(2)(E) by operation of the Court's electronic filing system upon all counsel of record.

/s/ Alexandra S. Thompson

Counsel for Plaintiffs and Class Counsel

3