# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 10, 2025

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Dec 16, 2025
KELLY L. STEPHENS, Clerk

      Re:  City of Cleveland, Ohio
            v. Albert Pickett, Jr., Individually and on Behalf of All Others
            Similarly Situated, et al.,
            No. 25-677
            (Your No. 24-3395)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 8, 2025 and placed on the docket December 10, 2025 as No. 25-677.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst